[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
May 24, 2005
THOMAS K. KAHN
CLERK

No. 04-12585

D. C. Docket No. 03-00748 CR-1-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAVIER SANCHEZ-SANCHEZ,
a.k.a. Edgar Garcia Suarez,
a.k.a. Edgar Sanchez Suarez,
a.k.a. Julio Cesar Deconstancia,
a.k.a. Hoskar Rangel,

Defendant-Appellant.

Appeal from the United States District Court
for the Northern District of Georgia

(May 24, 2005)

Before TJOFLAT AND KRAVITCH,  Circuit Judges AND LIMBAUGH*, District Judge.

*Honorable Stephen N. Limbaugh, United States District Judge for the Eastern District of Missouri,
sitting by designation.

PER CURIAM:

AFFIRMED.  <u>See</u> 11th Cir. R. 36-1.[1]

---

[1] 11th Cir. R. 36-1 provides:

When the court determines that any of the following circumstances exist:

    (a)    judgment of the district court is based on findings of fact that are not clearly erroneous;

    (b)    the evidence in support of a jury verdict is sufficient;

    (c)    the order of an administrative agency is supported by substantial evidence on the record as a whole;

    (d)    summary judgment, directed verdict, or judgment on the pleadings is supported by the record;

    (e)    judgment has been entered without a reversible error of law; and an opinion would have no precedential value, the judgment or order may be affirmed or enforced without opinion.